

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

February 12, 2021

VIA ECF
Hon. Alison J. Nathan, U.S.D.J..
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



Re: Tatum-Rios v. Grace Loves Lace, Inc., 1:20-cv-10132-AJN

Dear Judge Nathan:

    This firm represents Plaintiff Lynette Tatum-Rios in the above-referenced action. We write now to respectfully request a two-week adjournment of the Telephonic Initial Pretrial Conference (Dkt. 5, 9.), as well as Defendant's time to Answer or otherwise respond to the Complaint (Dkt. 8.), both of which are currently scheduled for February 19, 2021. The parties are currently engaged in meaningful settlement discussions and would like to focus their efforts on resolving this matter in the coming week and, if successful, conserving the parties' and the Court's resources.

    Defendant consents to this request. This is the second request to adjourn Defendant's time to Answer, and the first request to adjourn the Initial Pretrial Conference. The Court previously granted Defendant's request to adjourn the Answer from January 13, 2021 to February 19, 2021. (Dkt. 7, 8.)

    We appreciate the Court's consideration of this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe

CC: Defendant's Counsel (via ECF)

> The initial pretrial conference is hereby adjourned to March 5, 2021 at 3:00 p.m. The parties shall submit their joint letter and proposed case management plan by no later than February 26, 2021. SO ORDERED.
>
> /s/ Alison J. Nathan
> 2/16/2021